**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 3, 2026

Application Granted. The joint status letter deadline is adjourned *sine die*. The Government shall file a status letter regarding the status of extradition proceedings by **October 16, 2026**. The Clerk of the Court is directed to terminate the letter motion at docket number 10.

Dated: September 14, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Juan Carlos Zapata Uran, et al.*, 26 Cr. 401 (LGS)**

The Government writes in response to the Court's Order dated September 3, 2026, directing the parties to submit by September 8, 2026 a letter proposing a schedule for discovery, motions, and a status conference. The Government writes, following correspondence with Chambers, to respectfully request that the Court adjourn *sine die* the deadlines set forth in the Court's Order, including the deadline for the parties to file a joint letter proposing a schedule for discovery, motions, and a status conference.

Defendants Juan Carlos Zapata Uran and Naudin Antonio Canas Lujan are currently the subject of pending extradition proceedings, and neither defendant is presently before this Court. Because the extradition process remains underway and its timing is outside the parties' control, the Government respectfully submits that a proposed discovery and motion schedule, as well as proposed dates for a status conference, cannot meaningfully be set at this time.

The Government is happy to apprise the Court of the status of the extradition proceedings by letter at a time in the future, whether at the Court's request or as developments warrant, and will promptly notify the Court once a defendant has arrived in the District so that further proceedings can be scheduled.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________________
Joe Zabel
Assistant United States Attorney
Southern District of New York
(212) 637-1559